✓ # 10121    # 128318

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 MAR -3 PM 3: 21

In re:  FLEMING, CURT T                    Case No. 08-34865
        FLEMING, GRETCHEN T
                                           Judge Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Columbia Gas of Ohio, | 200 Civic Center Dr., 11th Floor, Columbus, OH | $4.12 |
| Medical Emergency Treatment C, | P.O. Box 634506, Cincinnati, OH 45263-4506 | $2.02 |

Check for $6.14 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*Ericka Parker*
Ericka S. Parker, Trustee

Dated:   3/2/10

Cc:
Office of the U.S. Trustee